INKU NAM, ESQ. (Nevada Bar No. 12050)
E: INam@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorneys for Defendant*
*Granbury at Valley Vista*
*Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OSSIRIS LYNCH, Pro Se,<br><br>Plaintiff,<br><br>vs.<br><br>GRANBURY AT VALLEY VISTA HOMEOWNERS ASSOCIATION,<br><br>Defendant. | Case No.: 2:25-cv-01959-APG-BNW<br><br>**DEFENDANT'S STATEMENT IN SUPPORT OF REMOVAL** |

Defendant Granbury at Valley Vista Homeowners Association, ("Granbury") hereby submits this Statement in support of the removal [ECF No. 1] and in accordance with this court's minute order [ECF No. 3].

**1.    The date on which you were served with a copy of the complaint.**

Granbury was served with a copy of the complaint on September 23, 2025.

**2.    The date on which you were served with a copy of the summons.**

Granbury was served with a copy of the summons on September 23, 2025.

**3.    In removals based on diversity jurisdiction, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties, and a summary of defendant's evidence of the amount in controversy.**

This removal is based upon federal question jurisdiction pursuant to 28 U.S.C. § 1331 Federal question.

**4.** **If your notice of removal was filed more than 30 days after you first received a copy of the summons and complaint, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal.**

This action was not removed more than thirty days after Granbury received the summons and complaint.

**5.** **In actions removed on the basis of the court's jurisdiction in which the state court action was commenced more than one year before the date of removal, the reasons this action should not summarily be remanded to the state court.**

This action was commenced in Eighth Judicial District Court, Clark County, Nevada less than a year ago on September 8, 2025.

**6.** **The name of any defendant known to have been served before you filed the notice of removal who did not formally join in the notice of removal and the reasons they did not.**

There are no other defendants named in this action.

Dated the 3rd day of November, 2025

**O'HAGAN MEYER PLLC**

By      */s/ Inku Nam*
INKU NAM, ESQ.
Nevada Bar No. 12050
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101

*Attorneys for Defendant
Granbury at Valley Vista
Homeowners Association*

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b) and NEFCR 9, I certify that I am an employee of O'HAGAN MEYER PLLC, and that on this 3rd day of November 2025, I electronically filed and served the foregoing **DEFENDANT'S STATEMENT IN SUPPORT OF REMOVAL** with the Clerk of the Court through Case Management/Electronic Filing System as follows. I further certify that a copy of the foregoing was sent by U.S. Mail to:

Ossiris Lynch
9260 S. Rainbow Blvd, Ste 100
Las Vegas, NV 89139
Ossirislynch1@gmail.com

*Plaintiff Pro Se*


By:	*/s/ Krystal Williams*
	An Employee of
	O'HAGAN MEYER PLLC