Ossiris Lynch
9260 S. Rainbow Blvd. Ste. 100
Las Vegas, NV 89139
(702) 972-7099
ossirislynch@gmail.com
*Pro se*

# U.S. DISTRICT COURT
## DISTRICT OF NEVADA

OSSIRIS LYNCH,

    Plaintiff,

vs.

GRANDBURY AT VALLEY VISTA HOMEOWNERS ASSOCIATION,

    Defendants.

CASE NO.: 2:25-cv-01959

District Court Case No: A-25-927483-C

## MOTION FOR PERMISSION TO ELECTRONICALLY FILE DOCUMENTS

Plaintiff Ossiris Lynch requests permission from the Court to electronically file documents in this case, 2:25-cv-01959-APG-BNW. Plaintiff is pro se and having the ability to e-file will assist in properly filing documents and receiving notices in this case.

    I.                                       **FACTS**

Plaintiff has successfully created a Pacer CM/ECF account online and received the email that the CM/ECF electronic filing registration has been processed on October 21, 2025, with Account Number 8720033. Now, Plaintiff needs to file the appropriate documents to respond to this case, which he is seeking to remand back to state court. Plaintiff is now asking to activate e-filing privileges for the District of Nevada in regards to this case.

1

Plaintiff will be prejudiced if he is not granted the ability to e-file, since defendant is the only party that can e-file, per the court's website.

**II.                              CONCLUSION**

Plaintiff requests permission from this Court to have the ability to e-file in this case, and if possible, to activate the privileges using Plaintiff's account number already created through registration. (Account Number 8720033, email: ossirislynch@gmail.com).

November _____, 2025.

By:___*Ossiris Lynch*_____
9260 S. Rainbow Blvd. Ste. 100
Las Vegas, NV 89139
ossirislynch@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on November ____, 2025 I served the foregoing **MOTION FOR PERMISSION TO ELECTRONICALLY FILE DOCUMENTS** to the following party:

By: _____