INKU NAM, ESQ. (Nevada Bar No. 12050)
E: INam@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorneys for Defendant*
*Granbury at Valley Vista*
*Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OSSIRIS LYNCH,<br><br>  Plaintiff,<br><br>vs.<br><br>GRANBURY AT VALLEY VISTA HOMEOWNERS ASSOCIATION,<br><br>  Defendant. | Case No.:  2:25-cv-01959-APG-BNW<br><br>**JOINT STATUS REPORT REGARDING REMOVAL** |

Pursuant to the Court's Order concerning removal [ECF No. 3] dated October 17, 2025, the undersigned parties file the below joint status report.

A. **Plaintiff's Position:**

1. Plaintiff filed this action in the Eighth Judicial District Court, Clark County, Nevada, on September 8, 2025. A copy of the complaint and summons was served on Defendant on September 23, 2025.

2. On October 13, 2025, Defendant filed a Notice of Removal in this Court.

3. Following removal, Plaintiff filed a Motion to Remand on October 20, 2025. The motion has been fully briefed and remains pending before the Court.

4. Plaintiff also filed a Reply in Support of the Motion to Remand and a Notice of Filing with supporting exhibits.

5. Additional filings include Plaintiff's Opposition to Defendant's Motion to Dismiss and related notices. Determination on these filings remains pending.

6. Shortly after removal, Plaintiff withdrew the federal claims referenced in the Notice of Removal. Plaintiff clarified that the case arises under Nevada law only, and no federal questions remain.

**B.** **Defendant's Position:**

1. This matter was filed in state court on September 8, 2025. Counsel for Defendant Granbury at Valley Vista Homeowners Association ("Defendant") believes that a copy of the original complaint and summons was served on September 23, 2025.

2. On October 13, 2025, Defendant removed the action to federal court on the basis of federal question jurisdiction. [ECF No. 1.]

3. Removal occurred less than thirty days after Defendant was believed to be served. There is only one named defendant in this matter.

4. On October 20, 2025, Plaintiff filed a motion to remand. [ECF No. 8.] The parties filed briefs and determination on the Plaintiff's motion remains pending before the Court.

5. On October 20, 2025, Defendant filed a motion to dismiss. [ECF No. 5.] The parties filed briefs and determination on the Defendant's motion remains pending before the Court.

Dated this 19th day of November, 2025

By: /s/ Ossiris Lynch
OSSIRIS LYNCH
9260 S. Rainbow Blvd., Ste. 100
Las Vegas, NV 89139

*Plaintiff Pro Se*

By: /s/ Inku Nam
INKU NAM, ESQ.
Nevada Bar No. 12050
O'HAGAN MEYER PLLC
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101

*Attorneys for Defendant
Granbury at Valley Vista
Homeowners Association*