1  Your name: OSSIRIS LYNCH
2  Address: 9260 S. Rainbow Blvd, Ste 100
3  Las Vegas, NV 89139
4  Phone Number: (702) 972-7099
5  E-mail Address: ossirislynch1@gmail.com
6  Pro se

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

OSSIRIS LYNCH

Case Number: 2:25-CV-01959-APG-BNW

Plaintiff,

DOCUMENT TITLE:

vs.

SUPPLEMENT TO PLAINTIFF'S
MOTION TO REMAND

GRANBURY AT VALLEY VISTA
HOMEOWNERS ASSOCIATION

Defendant.

I am submitting this supplement to help explain what has happened since the Defendant's removal of this case to federal court, and why I still believe this case should be sent back to state court.

After removal, the Court issued a Minute Order on 10/21/25 (ECF No. 7) stating the "Defendant appeared at ECF No. 1," and that this appearance triggered the Rule 26 deadlines, including the requirements for the parties to submit a Discovery Plan and Scheduling Order by 12/1/25.

Because the Defendant chose to Remove this case and because the

Page 1 of 4

1  Court confirmed that their filing started the federal deadlines, I
2  expected their attorney to reach out to me so we could schedule
3  the Required Rule 26 meeting. I waited, but I was never
4  contacted by the Defendant or their counsel.
5  Since no meeting took place, the parties were not able to
6  prepare or file the Discovery Plan by the 12/1/25 deadline.
7  This was not due to any action or delay on my end. I was
8  ready to participate, but the Defendant never initiated
9  anything.
10 I also want the Court to know that the Joint Status Report was
11 delayed for the same reason. I responded every time the Defendant's
12 attorney contacted me and did my part, but the drafts kept
13 coming late or with issues that needed to be corrected, and
14 this pushed everything back. The delay in filing that joint Report was
15 not caused by me.
16 I have learned when a defendant removes a case to federal court,
17 courts explain that the defendant is responsible for moving the
18 case forward and following the federal rules. In the
19 Kamehameha Schools v. DJC Corp. case, the defendants removed
20 the case but did not follow the federal deadlines, and the
21 court held them responsible. That is why I believed the
22 Defedant's attorney would contact me for the required Rule
23 26 meeting.
24 Because I was never contacted, and because the deadlines
25 were missed on their side, it appears the Defendant has not
26 followed the rules required after removing a case. Given that
27 the opposing party has missed the court's specified deadlines,
28 I respectfully request the court consider dismissing this

1 | case or, in the alternative, Remanding it back to the
2 | state court.

Respectfully submitted,

Date: 12/4/25          Sign Name: /s/ O. Lynch

Print Name: Ossiris D. Lynch