OSSIRIS LYNCH

9260 S. Rainbow Blvd, Ste 100

Las Vegas, NV 89139

Phone: (702) 972-7099

Email: ossirislynch1@gmail.com

Plaintiff, Pro Se



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

OSSIRIS LYNCH,

Plaintiff,

v.

GRANBURY AT VALLEY VISTA HOMEOWNERS ASSOCIATION,

Defendant.

Case No. 2:25-cv-01959-APG-BNW

NOTICE TO THE COURT REGARDING RULE 26(f) CONFERENCE AND MISSED DEADLINE

Your Honor,

I am filing this notice to let the Court know that I was never contacted by the Defendant or their attorney to schedule the Rule 26(f) meeting that needed to happen before the Discovery Plan and Scheduling Order were due on December 1, 2025.

On October 21, 2025, Judge Weksler issued a Minute Order stating that the "Defendant appeared at ECF No. 1," and that this appearance triggered the federal deadlines, including the requirement for the parties to submit the Discovery Plan by December 1. Since the Defendant was the one who removed this case and their filing is what activated the Rule 26 timeline, I waited for their attorney to reach out to arrange the Rule 26 meeting. I never received any contact from them.

Courts have explained that when a defendant removes a case to federal court, it becomes their responsibility to follow the federal rules and move the case forward. One example is Kamehameha

Schools v. DJC Corp., where the defendants removed the case but didn't meet their federal obligations, and the court held them responsible. That is why I expected the Defendant's attorney to contact me regarding the Rule 26 meeting.

Since no meeting was scheduled, the parties were not able to prepare or file the Discovery Plan by the December 1 deadline.

I am submitting this notice so the Court understands what happened and why the deadline passed without the required filing.

Respectfully submitted,

DATED: December 3, 2025

_____

Ossiris Lynch (electronic signature)

Plaintiff, Pro Se