UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OSSIRIS LYNCH,<br><br>   Plaintiff<br><br>v.<br><br>GRANBURY AT VALLEY VISTA HOMEOWNERS ASSOCIATION,<br><br>   Defendant | Case No.: 2:25-cv-01959-APG-BNW<br><br>**Order Granting Motion to Remand**<br><br>[ECF No. 8] |

Granbury at Valley Vista Homeowners Association removed this case from state court based on federal question jurisdiction because the third cause of action in the complaint asserts a violation of 42 U.S.C. § 3617. ECF No. 1-1 at 4.  Plaintiff Ossiris Lynch moves to remand, contending that his reference to the federal statute was not meant to assert a federal claim but rather "only to describe the kind of retaliatory behavior that Nevada law also forbids." ECF No. 8 at 3.

Removal was proper because Lynch's complaint stated on its face a claim based on a federal statute.  I will treat Lynch's motion as a voluntary dismissal of his federal claim. *Id.* at 4 (Lynch "formally withdraws any language in the state complaint that could be interpreted as a federal claim or request for federal relief.").  Because only state-law claims remain, I must remand the case to state court. *Royal Canin U. S. A., Inc. v. Wullschleger*, 604 U.S. 22, 30 (2025) ("If (as here) the plaintiff eliminates the federal-law claims that enabled removal, leaving only state-law claims behind, the court's power to decide the dispute dissolves.  With the loss of federal-question jurisdiction, the court loses as well its supplemental jurisdiction over the state claims.").

1 | I THEREFORE ORDER that this case is remanded to the state court from which it was removed for all further proceedings. The Clerk of the Court is instructed to close this case.

DATED this 8th day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE